UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| Josiah M. Cox and Laura E. Cox, | ) | Case No. 14-04114 |
| | ) | |
| Debtors, | ) | Adv. Pro. No. |
| | ) | |
| | ) | **Complaint to Determine** |
| | ) | **Dischargeabilty of Debt** |
| Jay R. Herigodt & Joy Stowell, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Josiah M. Cox, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OF DISMISSAL

COME NOW, Plaintiffs, Jay Herogodt and Joy Stowell and hereby dismiss their cause of action against Josiah Cox with prejudice.

Respectfully Submitted,

*/s/ Jason A. Charpentier*
JASON A. CHARPENTIER MO 52840
7733 Forsyth, Suite 325
St. Louis, Missouri 63105
T: (314) 725-1912
F: (314) 261-7326
Jason@groweeisen.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on the 1st of December, 2014 I electronically filed foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties/attorneys of record.

Office of the U.S. Trustee
111 South Tenth Street, Suite 6353
St. Louis, MO 63102

Stuart Jay Radloff, Esq.
Chapter 7 Trustee
13321 N. Outer 40 Road, Suite 800
St. Louis, MO 63017

Peter D. Kerth
Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis, MO 63105

Robert E. Eggmann
Danielle Suberi
7733 Forsyth Boulevard, Suite 2075
St. Louis, Missouri 63105
T: (314) 881-0800
F: (314) 881-0820
reggmann@demlawllc.com
dsuberi@demlawllc.com
*Attorneys for Defendant Josiah Cox*

                */s/ Jason A. Charpentier*